# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SEAGRAM JOSHUA MILLER,

        Defendants.

2:13–cr–184–KJD–VCF

**MINUTE ORDER**

PRESENT: THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT: Mai Tieu     RECORDER: None

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): None Appearing

    Before the court is Defendant Seagram Joshua Miller's motion to suppress (#38). On January 21, 2012, Miller entered a guilty plea. Therefore, Miller's motion to suppress is moot.

    IT IS THEREFORE ORDERED that the Defendant Seagram Joshua Miller's motion to suppress (#38) is DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this 26th day of February, 2014.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE